**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HOWARD R. BERK** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  23-1437** |
| | : | |
| **ROTHMAN INSTITUTE ORTHOPEDIC** | : | |
| **FOUNDATION, RECONSTRUCTIVE** | : | |
| **ORTHOPEDIC ASSOCIATES II, LLC,** | : | |
| **ROTHMAN ORTHO PA HOLDCO I., P.C.,** | : | |
| **RECONSTRUCTIVE ORTHOPEDIC** | : | |
| **ASSOCIATES II, LLC, ROTHMAN ORTHO** | : | |
| **PA HOLDCO III, P.C., ROTHMAN ORTHO** | : | |
| **PA HOLDCO IV, P.C., ROTHMAN** | : | |
| **ORTHOPEDIC SPECIALTY HOSPITAL, L.P.,** | : | |
| **ROTHMAN ORTHOPEDIC SPECIALTY** | : | |
| **HOSPITAL, LLC, ALEXANDER R.** | : | |
| **VACCARO, MD, DAVID I. PEDOWITZ, MD,** | : | |
| **STEVEN M. RAIKIN, MD** | : | |

# <u>ORDER</u>

**AND NOW**, this 28th day of March 2024, upon considering defendants' amended

motions to dismiss (DI 24, 25), plaintiff's oppositions (DI 33, 34), defendants' replies (DI 35,

36), plaintiff's motion for leave to file sur-reply (DI 37), defendants' opposition (DI 39),

plaintiff's reply (DI 40), and for reasons in the accompanying memorandum, it is **ORDERED**:

　　1.　　Defendants' amended motions to dismiss (DI 24, 25) are **GRANTED**.

　　2.　　Plaintiff's motion for leave to file sur-reply (DI 37) is **GRANTED**; the attached

sur-reply was duly considered as was the sur-sur-reply.

　　3.　　We **dismiss** the case with prejudice and the Clerk of Court shall mark this matter

**closed**.

**MURPHY, J.**